IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABITSH & ABITSCH, LLC, | Case No. 11-5319 SC |
| Plaintiff, | ORDER SHORTENING TIME |
| v. | |
| DARUKA WANIGATUNGA, | |
| Defendant. | |

The ex parte application of Plaintiff Abitsch & Abitsch LLC ("Plaintiff") for an order shortening time for the hearing of Plaintiff's motion to remand unlawful detainer action having been duly considered, and good cause appearing therefore, it is hereby ordered that the hearing on said motion to remand shall be held on February 10, 2012 at 10:00 A.M. in Courtroom 1, 450 Golden Gate Ave, San Francisco, California.  Written opposition to said motion shall be filed on or before January 30, 2012.

IT IS SO ORDERED.

Dated:  January 24, 2012        _____

UNITED STATES DISTRICT JUDGE